UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 2:15-cr-61-FtM-38MRM

VIRGINIO CANTU-NAVARRETE

_____

### ORDER

A sentencing hearing has been scheduled for October 19, 2015 at 10:00 AM in Courtroom 5D. The sentencing hearing is scheduled for thirty (30) minutes.  If any party anticipates that more than thirty (30) minutes will be needed for the hearing, the party shall advise the Courtroom Deputy Clerk within fourteen (14) days of the date of this order.

**IT IS ORDERED** that motions to depart or vary from the sentencing guidelines must be made in writing.  The motions to depart or vary from the sentencing guidelines and sentencing memoranda, if any, must be filed not less than seven (7) days prior to the sentencing date. **Objections to the presentence report are not to be included in the sentencing memoranda; objections must be submitted to the probation officer and to opposing counsel as a separate document.  *See* Rule 4.12(b), Local Rules of the Middle District of Florida.**

**IT IS FURTHER ORDERED** that the parties shall inform the Court in writing, not less than seven (7) days prior to the sentencing date, whether testimony is to be presented at the hearing.  Any party intending to present testimony shall, also not less than seven (7) days prior to the sentencing date, file a statement containing the names of the witnesses and the estimated length of such testimony.  Except for good cause

shown, the Court will not allow any testimony that is not disclosed in accordance with this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this 17th day of July, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record